## CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com
Direct: 646-362-8919

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
PO Box 235
Fanwood, NJ 07023

May 24, 2023

*Via ECF*

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Helvetia Global Solutions AG v Kuehne + Nagel Inc.*
     23-cv- 03968 (RA)
     Our Ref: 739-01

Dear Honorable Judge Abrams:

We represent the plaintiff in this matter; no appearance has been made to date by the defendant. We write to request that the Initial Rule 16 Conference, scheduled for July 21, 2023 [Dkt # 6] be adjourned to a date in August, or other date convenient for the Court due to the fact that the undersigned will be on vacation from July 19, 2023 through August 1, 2023.

Respectfully submitted,
CASEY & BARNETT, LLC

*Martin Casey*

Martin F. Casey

Application granted. The initial pretrial conference is adjourned until August 11, 2023 at 2:15 p.m. The parties shall submit their joint letter and proposed case management plan one week in advance of the conference.

SO ORDERED.

_____
Hon. Ronnie Abrams
5/29/2023